No. 506. MINCHELLA *v.* MICHIGAN. December 3, 1934. Petition for writ of certiorari to the Supreme Court of Michigan, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles Minchella, pro se.* No appearance for respondent.

No. 535. GOODMAN *v.* KUNKLE, WARDEN. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. John P. Goodman, pro se.* No appearance for respondent.

No. 502. TOLFREE *v.* NEW YORK TITLE & MORTGAGE CO. ET AL.;

No. 503. REES *v.* SAME;

No. 504. JACOBY ET AL. *v.* BOND & MORTGAGE GUARANTEE CO. ET AL.; and

No. 505. DEPEN ET AL. *v.* LAWYERS TITLE & GUARANTY CO. ET AL. December 3, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. Henry W. Pollock* for petitioners. *Messrs. Charles E. Hughes, Jr.,* and *Lawrence S. Greenbaum* for respondents.

No. 470. GARDNER *v.* UNITED STATES. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.